IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01886-RPM-MJW

EMI APRIL MUSIC, INC., et al.,

Plaintiff(s),

v.

SRRS ENTERPRISES, LLC, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiffs' Motion to Vacate Settlement Conference (docket no. 36) is GRANTED.  The parties have reached a settlement.  The settlement conference set on May 10, 2006, at 3:00 p.m. before Magistrate Judge Watanabe is VACATED.

It is FURTHER ORDERED that the parties shall submit their stipulation for dismissal with the court on or before May 19, 2006, or show cause why this case should not be dismissed.

Date:  May 5, 2006